**EXHIBIT "A"**

AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

GEORGE BENTLEY,

    Plaintiff,

        v.

                              **PLAINTIFF'S EXHIBIT LIST**

MIAMI AIR INTERNATIONAL, INC.,

    Defendant.

                             CASE NUMBER: 16-CV-24607

| PRESIDING JUDGE<br>Honorable Paul C. Huck | PLAINTIFF'S ATTORNEYS<br>Dana M. Gallup<br>Jacob K. Auerbach | DEFENDANTS' ATTORNEYS<br>Harry N. Turk<br>Judson Cohen |
|---|---|---|
| TRIAL DATE (S)<br>July 24, 2017 | COURT REPORTER | COURTROOM DEPUTY |

**Exhibits Plaintiff expects to offer at trial:**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | Objections |
|---|---|---|---|---|---|---|
| 1. | | | | | List of all pilots selected for upgrade 2013-2016 | A, I, R |
| 2. | | | | | 2012-2017 Pilot Information from ADP | A, I, R, UP, P |
| 3. | | | | | Bentley Retraining Documents September 13-18, 2010 | A |
| 4. | | | | | 2012-2017 Pilot Seniority Lists | A, R |
| 5. | | | | | David Ballou Application for Employment | A, I, R, H, UP, P |
| 5A. | | | | | Edward Carballosa Application for Employment | A, I, R, H, UP, P |
| 5B. | | | | | Gabriel Cosentino Application for Employment | A, I, R, H, UP, P |

Plaintiff's Exhibit List, Cont'd

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | Objections |
|---|---|---|---|---|---|---|
| 5C. | | | | | Paolo DeLucia Application for Employment and attached resume | A, I, R, H, UP, P |
| 5D. | | | | | Daniel Fruciano Application for Employment | A, I, R, H, UP, P |
| 5E. | | | | | Dustin Gerkovich Application for Employment | A, I, R, H, UP, P |
| 5F. | | | | | William Haines Resume | A, I, R, H, UP, P |
| 5G. | | | | | Thomas Hall Application for Employment | A, I, R, H, UP, P |
| 5H. | | | | | Paul McDonagh Application for Employment | A, I, R, H, UP, P |
| 5I. | | | | | Kevin McDonald Resume | A, I, R, H, UP, P |
| 5J. | | | | | Timothy Moore Resume | A, I, R, H, UP, P |
| 5K. | | | | | Michael Prince Resume | A, I, R, H, UP, P |
| 5L. | | | | | Brian Rhatigan Application for Employment | A, I, R, H, UP, P |
| 5M. | | | | | Luis Rodriguez Resume | A, I, R, H, UP, P |
| 5N. | | | | | David Shepherd Resume | A, I, R, H, UP, P |
| 6. | | | | | George Bentley Resume | A, I, R, H, UP, P |
| 7. | | | | | Ballou 10-19-2007 unsatisfactory Proficiency Check | A, R, UP |
| 8. | | | | | 12-15-2009 Carballosa sent back to FO | A, R, UP |
| 9. | | | | | Consentino Failed Proficiency Check 4-16-2008 | A, R, UP |

Plaintiff's Exhibit List, Cont'd

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | Objections |
|---|---|---|---|---|---|---|
| 10. | | | | | Moore Failed Proficiency Check 11-12-2014 | A, R, UP |
| 11. | | | | | Hall removal from upgrade training 10-2-2009 | A, R, UP |
| 12. | | | | | Bentley Training/Proficiency Check documents as a First Officer | A |
| 13. | | | | | Feliu Returned to FO – Pilot Seniority List 9/13/2011 | A, R, UP |
| 14. | | | | | 12-22-2015 Bentley Request Email to Return to Captain (Bentley 118-120) | None |
| 15. | | | | | Miami Air 2008 Collective Bargaining Agreement (Bentley 14-117) | None |
| 16. | | | | | 1-12-2016 email re Pilot Review Board selections (Bentley 7-8) | None |
| 17. | | | | | 5-14-2016 email Pilot Review Board Selections (Bentley 9-10) | None |
| 18. | | | | | 5-17-2016 email from Bentley to Martin (Bentley 121) | None |
| 19. | | | | | 9-12-16 email re Pilot Review Board Selections (Bentley 11-12) | None |
| 20. | | | | | Passwater Notes | A |
| 21. | | | | | Miami Air Employee Handbook | A |
| 22. | | | | | Bentley Personnel file complete | A |
| 23. | | | | | Bentley Training file complete | A |
| 24. | | | | | Job Descriptions – Chief Pilot –VP Flight Operations – Chief of Flight Standards- Captain and First Officer | A |
| 25. | | | | | Ballou personnel file | A, I, R, H, UP, P |
| 26. | | | | | Carballosa personnel file | A, I, R, H, UP, P |
| 27. | | | | | Cosentino personnel file | A, I, R, H, UP, P |
| 28. | | | | | DeLucia personnel file | A, I, R, H, UP, P |
| 29. | | | | | Fernandez personnel file | A, I, R, H, UP, P |
| 30. | | | | | Fruciano personnel file | A, I, R, H, UP, P |

Plaintiff's Exhibit List, Cont'd

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | Objections |
|---|---|---|---|---|---|---|
| 31. | | | | | Gerkovich personnel file | A, I, R, H, UP, P |
| 32. | | | | | Haines personnel file | A, I, R, H, UP, P |
| 33. | | | | | Hall personnel file | A, I, R, H, UP, P |
| 34. | | | | | McDonagh personnel file | A, I, R, H, UP, P |
| 35. | | | | | McDonald personnel file | A, I, R, H, UP, P |
| 36. | | | | | Moore personnel file | A, I, R, H, UP, P |
| 37. | | | | | Prince personnel file | A, I, R, H, UP, P |
| 38. | | | | | Rangel personnel file | A, I, R, H, UP, P |
| 39. | | | | | Rhatigan personnel file | A, I, R, H, UP, P |
| 40. | | | | | Rodriguez personnel file | A, I, R, H, UP, P |
| 41. | | | | | Shepherd personnel file | A, I, R, H, UP, P |
| 42. | | | | | Miami Air Training Records of Current Pilots | A, I, R, H, UP, P |
| 43. | | | | | Miami Air Training Records of Former Employees | A, I, R, H, UP, P |
| 44. | | | | | Bentley 2014 Tax Return (Bentley 1-2) | None |
| 45. | | | | | Bentley 2015 Tax Return (Bentley 3-4) | None |
| 46. | | | | | Bentley 2016 Tax Return | A |
| 47. | | | | | Miami Air Benefit Information (Bentley 5-6) | None |
| 48. | | | | | Any and all discovery responses in the instant action, and documents attached thereto. | A, I, R, H, UP, P |

Plaintiff's Exhibit List, Cont'd

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | Objections |
|---|---|---|---|---|---|---|
| 49. | | | | | Any and all demonstrative exhibits | A, I, R, H, UP, P |
| 50. | | | | | Any and all declarations and/or affidavits used by Defendant. | A, I, R, H, UP, P |
| 51. | | | | | Any and all pleadings in the instant action, and documents attached thereto. | A, I, R, H, UP, P |
| 52. | | | | | Any and all depositions taken in the instant action, and exhibits attached thereto. | A, I, R, H, UP, P |
| 53. | | | | | All exhibits identified in Defendant's Exhibit List | A, I, R, H, UP, P |
| 54. | | | | | Rebuttal and impeachment exhibits. | A, I, R, H, UP, P |