EXHIBIT "B"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 16-CV-24607-UCK/OTAZO-REYES

GEORGE BENTLEY,

    Plaintiff,

vs.

MIAMI AIR INTERNATIONAL, INC.,
a Florida corporation,

    Defendant.                    /

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff, GEORGE BENTLEY, by and through his undersigned attorney and pursuant to this Court's Order Setting Civil Jury Trial Date and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [DE 7], hereby files his Trial Witness List as follows:

**Will call:**

1. Plaintiff, George Bentley
   c/o Plaintiff's counsel
   Mr. Bentley has knowledge concerning the allegations of his Complaint.

2. Joel Youngberg
   c/o Defendant's counsel
   Mr. Youngberg would have information regarding Plaintiff's requests and eligibility for Captain upgrade and the First Officers selected for upgrade to Captain.

**May call:**

3. John Passwater
   c/o Defendant's counsel
   Mr. Passwater would have information regarding Plaintiff's requests and eligibility for Captain upgrade and the First Officers selected for upgrade to Captain.

4. Steve Joffrion
   c/o Defendant's counsel
   Mr. Joffrion would have information regarding Plaintiff's requests and eligibility for Captain upgrade and the First Officers selected for upgrade to Captain.

5. Miguel A. Martin
c/o Defendant's counsel
Mr. Martin would have information regarding Plaintiff's requests and eligibility for Captain upgrade and the First Officers selected for upgrade to Captain.

6. Gabe Constantino
c/o Defendant's counsel
Mr. Constantino would have information pertaining to his age and his selection for upgrade to Captain.

7. Paulo Delucia
c/o Defendant's counsel
Mr. Delucia would have information pertaining to his age and his selection for upgrade to Captain.

8. Daniel Fuciano
c/o Defendant's counsel
Mr. Fucianoa would have information pertaining to his age and his selection for upgrade to Captain.

9. William Hayes
c/o Defendant's counsel
Mr. Hayes would have information pertaining to his age and his selection for upgrade to Captain.

10. Tom Hall
c/o Defendant's counsel
Mr. Hall would have information pertaining to his age and his selection for upgrade to Captain.

11. Morton Marcel
c/o Defendant's counsel
Mr. Marcel would have information pertaining to his age and his selection for upgrade to Captain.

12. Michael Prince
c/o Defendant's counsel
Mr. Prince would have information pertaining to his age and his selection for upgrade to Captain.

13. Kevin McDonald
c/o Defendant's counsel
Mr. McDonald would have information pertaining to his age and his selection for upgrade to Captain.

14. Kurt Kamrad
c/o Defendant's counsel
Mr. Kamrad may have information regarding Plaintiff's performance and any disciplinary action.

2

15. Mirella Quadri
    c/o Defendant's counsel
    Ms. Quadri has human resources information such as fringe benefits and compensation pertaining to Plaintiff.

16. Deb Gigolotti
    c/o Defendant's counsel
    Ms. Gugliotti has information pertaining to pilot and Captain upgrade training.

17. Any pilot considered for captain upgrade from January 1, 2012 to the present time on lists provided by Defendant in discovery.

18. Any pilot chosen for captain upgrade from January 1, 2012 to the present time on any lists provided by Defendant in discovery.

19. All witnesses listed by Defendant in responses to interrogatories, pilot seniority lists or other lists provided by Defendant in discovery or on Defendant's Witness List.

20. Impeachment Witnesses

21. Rebuttal Witnesses

The Plaintiff reserves the right to modify, amend or supplement his witness list in accordance with the Court's Scheduling Order or any modification of the Scheduling Order and the Federal Rules of Civil Procedure and the Southern District Local Rules up to the date of trial.

        **GALLUP AUERBACH**
        *Counsel for Plaintiff*
        4000 Hollywood Boulevard
        Presidential Circle-Suite 265 South
        Hollywood, Florida 33021
        Telephone: (954) 894-3035
        Facsimile: (954) 894-8015
        E-mail: dgallup@gallup-law.com

        By: /s/ Dana M. Gallup_____
           DANA M. GALLUP
           Florida Bar No.: 0949329

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing document is being served this 14th day of July 2017 on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By:   /s/Dana M. Gallup_____
       DANA M. GALLUP

4