AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | SOUTHERN DISTRICT OF FLORIDA |

GEORGE BENTLEY

V.

MIAMI AIR INTERNATIONAL, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 16-CV-24607

| PRESIDING JUDGE<br>PAUL HUCK | PLAINTIFF'S ATTORNEY<br>DANA M. GALLUP | DEFENDANT'S ATTORNEY<br>JUDSON L. COHEN |
|---|---|---|
| TRIAL DATE (S)<br>7/24/2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | Plaintiff Complaint with Attachments     R |
| | B | | | | EEOC Case File     H, R |
| | C | | | | EEOC Charge |
| | D | | | | 06152008 Collective Bargaining Agreement |
| | E | | | | 2009 Company Handbook |
| | F | | | | Job Descriptions     R |
| | G | | | | 2012 to 2017 Pilot Information from ADP |
| | H | | | | 03142017 - Plaintiff Response to 02162017 ROGS |
| | I | | | | 03142017 - Plaintiff Response to 02162017 PODS |
| | J | | | | PRB - Passwater - Notes |
| | K1 | | | | Pilot Seniority List - PILOT SENIORITY 12122011 |
| | K2 | | | | Pilot Seniority List - PILOT SENIORITY 11272012 |
| | K3 | | | | Pilot Seniority List - PILOT SENIORITY 12122013 |
| | K4 | | | | Pilot Seniority List - PILOT SENIORITY 12012014 |
| | K5 | | | | Pilot Seniority List - PILOT SENIORITY 11030215 |
| | K6 | | | | Pilot Seniority List - PILOT SENIORITY 12132016 |
| | K7 | | | | Pilot Seniority List - PILOT SENIORITY 01032017 |
| | K8 | | | | Pilot Seniority List - PILOT SENIORITY 02062017 |
| | L1 | | | | Training File - Attell,Craig |
| | L2 | | | | Training File - Ballesteros,Carlos |
| | L3 | | | | Training File - Ballou,David |
| | L4 | | | | Training File - Bentley,George |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___6___ Pages

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| GEORGE BENTLEY | | | vs. | MIAMI AIR INTERNATIONAL, INC. | CASE NO. 16-CV-24607 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|  | L5 |  |  |  | Training File - Carballosa,Edward | |
|  | L6 |  |  |  | Training File - Cosentino,Gabriel | |
|  | L7 |  |  |  | Training File - De Lucia,Paolo | |
|  | L8 |  |  |  | Training File - DeClerck,John | |
|  | L9 |  |  |  | Training File - Delarosa,Sergio | |
|  | L10 |  |  |  | Training File - Edmond, Ronald | |
|  | L11 |  |  |  | Training File - Fernandez,Adrian | |
|  | L12 |  |  |  | Training File - Fruciano,Daniel | |
|  | L13 |  |  |  | Training File - Gerkovich,Dustin | |
|  | L14 |  |  |  | Training File - Haines,William | |
|  | L15 |  |  |  | Training File - Hall,Thomas | |
|  | L16 |  |  |  | Training File - Keane,Patrick | |
|  | L17 |  |  |  | Training File - King,Louisa | |
|  | L18 |  |  |  | Training File - Klein,Anthony | |
|  | L19 |  |  |  | Training File - Lian,Robert | |
|  | L20 |  |  |  | Training File - McDonagh,Paul | |
|  | L21 |  |  |  | Training File - McDonald,Kevin | |
|  | L22 |  |  |  | Training File - Mendoza,David | |
|  | L23 |  |  |  | Training File - Moore,Timothy | |
|  | L24 |  |  |  | Training File - Morton,Marcel | |
|  | L25 |  |  |  | Training File - Prince,Michael | |
|  | L26 |  |  |  | Training File - Rangel,Daniel | |
|  | L27 |  |  |  | Training File - Rhatigan,Brian | |
|  | L28 |  |  |  | Training File - Rodriguez,Luis | |
|  | L29 |  |  |  | Training File - Shepherd,David | |
|  | L30 |  |  |  | Training File - Sosa,Javier | |
|  | L31 |  |  |  | Training File - Tweed,Scott | |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GEORGE BENTLEY | | vs. | MIAMI AIR INTERNATIONAL, INC. | | CASE NO. 16-CV-24607 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | L32 | | | | Training File - Youngberg, Brad |
| | M1 | | | | Employment File - redacted - Fernandez Adrian - Employment |
| | M2 | | | | Employment File - redacted - Fruciano Daniel - Employment |
| | M3 | | | | Employment File - redacted - Gerkovich Dustin - Employment |
| | M4 | | | | Employment File - redacted - Haines William - Employment |
| | M5 | | | | Employment File - redacted - Hall Thomas - Employment |
| | M6 | | | | Employment File - redacted - McDonagh Paul - Employment |
| | M7 | | | | Employment File - redacted - McDonald Kevin - Employment |
| | M8 | | | | Employment File - redacted - Moore Timothy - Employment |
| | M9 | | | | Employment File - redacted - Prince Michael - Employment |
| | M10 | | | | Employment File - redacted - Rangel Daniel - Employment |
| | M11 | | | | Employment File - redacted - Rhatigan Brian - Employment |
| | M12 | | | | Employment File - redacted - Rodriguez Luis - Employment |
| | M13 | | | | Employment File - redacted - Shepherd David - Employment |
| | M14 | | | | Employment File - redacted - Ballou David - Employment |
| | M15 | | | | Employment File - Bentley, George - Employee File - Unredacted |
| | M16 | | | | Employment File - redacted - Carballosa Edward - Employment |
| | M17 | | | | Employment File - redacted - Cosentino Gabriel - Employment |
| | M18 | | | | Employment File - redacted - DeLucia Paulo - Employment |
| | N1 | | | | July 2013 Captain List with DOB and Disposition Added |
| | N2 | | | | August 2014 Captain List with DOB and Disposition Added |
| | N3 | | | | September 2014 Captain List with DOB and Disposition Added |
| | N4 | | | | May 2015 Captain List with DOB and Disposition Added |
| | N5 | | | | January 2016 Captain List with DOB and Disposition Added |
| | N6 | | | | May 2016 Captain List with DOB and Disposition Added |
| | N7 | | | | August 2016 Captain List with DOB and Disposition Added |
| | O1 | | | | 12222015 E-mail from Plaintiff |

Page   3   of   6   Pages

✎AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| GEORGE BENTLEY | | vs. | MIAMI AIR INTERNATIONAL, INC. | | CASE NO. 16-CV-24607 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | O2 |  |  |  | 12232015 E-mail from Paul Rutter       R, H |
|  | O3 |  |  |  | 01122016 E-mail from Miguel Martin |
|  | O4 |  |  |  | 05142016 E-mail from Miguel Martin |
|  | O5 |  |  |  | 05172016 E-mail from Geirge Bentley |
|  | O6 |  |  |  | 09122016 E-mail from Miguel Martin |
|  | P1 |  |  |  | GEORGE BENTLEY - Deposition - Transcript       R |
|  | P2 |  |  |  | George Bentley Deposition Exhibits - Composite       R |
|  | P3 |  |  |  | Exhibit A from George Bentley Deposition |
|  | P4 |  |  |  | Exhibit B from George Bentley Deposition |
|  | P5 |  |  |  | Exhibit C from George Bentley Deposition |
|  | P6 |  |  |  | Exhibit D from George Bentley Deposition |
|  | Q1 |  |  |  | STEVE JOFFRION - Deposition - Transcript       R, H |
|  | Q2 |  |  |  | Steve Joffrion Deposition Exhibits - Composite       R |
|  | Q3 |  |  |  | Plaintiff Exhibit 1 from 052517 Joffrion Deposition EXHIBITS |
|  | Q4 |  |  |  | Plaintiff Exhibit 2 from 052517 Joffrion Deposition EXHIBITS |
|  | Q5 |  |  |  | Plaintiff Exhibit 3 from 052517 Joffrion Deposition EXHIBITS |
|  | Q6 |  |  |  | Plaintiff Exhibit 4 from 052517 Joffrion Deposition EXHIBITS |
|  | Q7 |  |  |  | Plaintiff Exhibit 5 from 052517 Joffrion Deposition EXHIBITS |
|  | Q8 |  |  |  | Plaintiff Exhibit 6 from 052517 Joffrion Deposition EXHIBITS |
|  | Q9 |  |  |  | Plaintiff Exhibit 7 from 052517 Joffrion Deposition EXHIBITS |
|  | Q10 |  |  |  | Plaintiff Exhibit 8 from 052517 Joffrion Deposition EXHIBITS |
|  | Q11 |  |  |  | Plaintiff Exhibit 9 from 052517 Joffrion Deposition EXHIBITS |
|  | Q12 |  |  |  | Plaintiff Exhibit 10 from 052517 Joffrion Deposition EXHIBITS |
|  | Q13 |  |  |  | Plaintiff Exhibit 11 from 052517 Joffrion Deposition EXHIBITS |
|  | Q14 |  |  |  | Plaintiff Exhibit 12 from 052517 Joffrion Deposition EXHIBITS |
|  | Q15 |  |  |  | Plaintiff Exhibit 13 from 052517 Joffrion Deposition EXHIBITS |
|  | Q16 |  |  |  | Plaintiff Exhibit 14 from 052517 Joffrion Deposition EXHIBITS |

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | GEORGE BENTLEY | | vs. | MIAMI AIR INTERNATIONAL, INC. | CASE NO. 16-CV-24607 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | Q17 | | | | Plaintiff Exhibit 15 from 052517 Joffrion Deposition EXHIBITS |
| | Q18 | | | | Plaintiff Exhibit 16 from 052517 Joffrion Deposition EXHIBITS |
| | Q19 | | | | Plaintiff Exhibit 16A from 052517 Joffrion Deposition EXHIBITS |
| | Q20 | | | | Plaintiff Exhibit 17 from 052517 Joffrion Deposition EXHIBITS |
| | Q21 | | | | Plaintiff Exhibit 18 from 052517 Joffrion Deposition EXHIBITS |
| | Q22 | | | | Plaintiff Exhibit 19 from 052517 Joffrion Deposition EXHIBITS |
| | Q23 | | | | Plaintiff Exhibit 20 from 052517 Joffrion Deposition EXHIBITS |
| | Q24 | | | | Plaintiff Exhibit 21 from 052517 Joffrion Deposition EXHIBITS |
| | Q25 | | | | Plaintiff Exhibit 22 from 052517 Joffrion Deposition EXHIBITS |
| | Q26 | | | | Defendant Exhibit 23 from 052517 Joffrion Deposition EXHIBITS    R, H, UP  I |
| | Q27 | | | | Defendant Exhibit 24 from 052517 Joffrion Deposition EXHIBITS    R, H, UP, I |
| | Q28 | | | | Defendant Exhibit 25 from 052517 Joffrion Deposition EXHIBITS |
| | Q29 | | | | Defendant Exhibit 26 from 052517 Joffrion Deposition EXHIBITS |
| | Q30 | | | | Defendant Exhibit 27 from 052517 Joffrion Deposition EXHIBITS |
| | Q31 | | | | Defendant Exhibit 28 from 052517 Joffrion Deposition EXHIBITS |
| | Q32 | | | | Defendant Exhibit 29 from 052517 Joffrion Deposition EXHIBITS |
| | Q33 | | | | Defendant Exhibit 30 from 052517 Joffrion Deposition EXHIBITS |
| | Q34 | | | | Defendant Exhibit 31 from 052517 Joffrion Deposition EXHIBITS |
| | Q35 | | | | Defendant Exhibit 32 from 052517 Joffrion Deposition EXHIBITS |
| | Q36 | | | | Defendant Exhibit 33 from 052517 Joffrion Deposition EXHIBITS |
| | Q37 | | | | Defendant Exhibit 34 from 052517 Joffrion Deposition EXHIBITS |
| | R | | | | JOH PASSWATER - Deposition - Transcript    R, H |
| | S | | | | DEB GIGOLOTTI - Deposition - Transcript    R, H |
| | T1 | | | | MIGUEL MARTIN - Deposition - Transcript    R, H |
| | T2 | | | | Miguel Martin - Deposition Exhibits - Composite    R |
| | U1 | | | | BRAD YOUNGBERG - Deposition - Transcript    R, H |
| | U2 | | | | Brad Youngberg - Deposition Exhibits - Composite    R |

Page   5   of   6   Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GEORGE BENTLEY | | vs. | MIAMI AIR INTERNATIONAL, INC. | | CASE NO. 16-CV-24607 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | V1 | | | | 2010 Bentley Flight Schedule | R, H  UP |
| | V2 | | | | 2011 Bentley Flight Schedule | R, H, UP |
| | V3 | | | | 2012 Bentley Flight Schedule | R, H, UP |
| | V4 | | | | 2013 Bentley Flight Schedule | R,H, UP |
| | V5 | | | | 2014 Bentley Flight Schedule | R,H,UP |
| | V6 | | | | 2015 Bentley Flight Schedule | R,H,UP |
| | V7 | | | | 2016 Bentley Flight Schedule | R, H, UP |
| | V8 | | | | 2017 Bentley Flight Schedule - to 042017 | R, H, UP |

Page   6   of   6   Pages