**EXHIBIT "D"**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-CV-24607/HUCK/OTAZO-REYES**

GEORGE BENTLEY,

    Plaintiff,

vs.

MIAMI AIR INTERNATIONAL,
INC., a Florida corporation,

    Defendants

_____/

## **DEFENDANT'S WITNESS LIST**

Defendant files its Witness List as follows:

1. George Bentley, Plaintiff, c/o Plaintiff Counsel [deposed]

2. Corporate Representative, Miami Air International, Inc., c/o Defendant Counsel

3. John Passwater, c/o Defendant Counsel [deposed]

4. Miguel Martin, c/o Defendant Counsel [deposed]

5. Deb Gigolotti, c/o Defendant Counsel [deposed]

6. Brad Youngberg, c/o Defendant Counsel [deposed]

7. Steve Joffrion, c/o Defendant Counsel [deposed]

8. Michael Denning, c/o Defendant Counsel, currently employed with Miami Air. Captain and Check Airman with personal knowledge of George Bentley qualifications relevant to upgrade to Captain. [Plaintiff mentioned him during his deposition].

9. Ross Fischer, c/o Defendant Counsel [identified in answers to interrogatories]

10. Kurt Kamrad, c/o Defendant Counsel [identified in answers to interrogatories]

11. Jim Proia, c/o Defendant Counsel [identified in answers to interrogatories]

12. Mirella Quadri, c/o Defendant Counsel [identified in answers to interrogatories]

13. Mikhail Kojoukhine, c/o Defendant Counsel [identified in answers to interrogatories]

14. John Valentine, 11716 Terra Bella Blvd., Plantation, FL 33325, Currently employed with Miami Air. Flight Safety officer and Check Airman with personal knowledge of George Bentley qualifications relevant to upgrade to Captain.

15. Robert Lane, 1401 NE 191 Street, Apt 116, N Miami Beach, FL 33179, Currently employed with Miami Air. Former Captain with personal knowledge of George Bentley qualifications relevant to upgrade to Captain. [Plaintiff mentioned him during his deposition].

16. Keith Heller, 1824 Sealing Wax Way, North Chesterfield, VA 23235, Currently employed with Miami Air. Captain with personal knowledge of George Bentley qualifications relevant to upgrade to Captain. [John Passwater testified about him during his deposition] [Miguel Martin testified about him in his deposition].

17. William Lewis, 2636 SW Greenwich Way, Palm City, FL 34990, Captain employed at Miami Air. Personal knowledge of George Bentley qualifications relevant to upgrade to Captain. [Miguel Martin testified about him in his deposition].

18. William Robinson, 12163 NW 10th Manor, Coral Springs, FL 33071, No longer employed with Miami Air. Retired as Captain around 2015, Personal knowledge of George Bentley qualifications relevant to upgrade to Captain.

17. Daniel Sweitzer, 541 SW 15th Street, Boca Raton, FL 33432, Captain employed at Miami Air. Personal knowledge of George Bentley qualifications relevant to upgrade to Captain [Miguel Martin testified about him in his deposition].

18. Defendant reserves the right to call any witnesses identified in discovery.

19. Defendant reserves the right to call any witness identified on Plaintiff's Witness List.

20. Defendant reserves the right to amend this Witness List.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that this _____ day of _____, 20__, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and we also certify that the foregoing document is being served this day either via transmission of Notice of Electronic Filing generated by CD/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  Counsel receiving service include: **Dana Mason Gallup, Esq**., Gallup Auerbach, 4000 Hollywood Boulevard, Suite 265−S, Hollywood, FL 33021−6755, Phone 954−894−3035, Fax 954−894−8015, Email: dgallup@gallup−law.com (Counsel for Plaintiff George Bentley).

HARRY N. TURK, P.A.
Counsel for Defendant Miami Air International, Inc.
SunTrust International Center, Suite 2900
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305)350-2223
Facsimile: (305)350-2225

/s/ Harry N. Turk
    HARRY N. TURK
    E-mail: hturk@turklaw.org
    Fla. Bar No.: 120596

WEINSTEIN & COHEN, P.A.
Counsel for Defendant Miami Air International, Inc.
Oaks Plaza - Suite 400
14125 NW 80th Avenue
Miami Lakes, Florida 33016
Miami        (305) 374-1011
Broward    (954) 389-8150
Naples       (239) 793-3331
Miami Fax  (305) 373-8127

        Broward Fax (954) 389-4268
        E-Service:  eservice@weinsteincohen.com

      By  /s/ Judson Cohen
        JUDSON L. COHEN
        E-mail: jcohen@weinsteincohen.com
        Fla. Bar No.: 0948748

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ Harry N. Turk
Harry N. Turk

## SERVICE LIST

*George Bentley v. Miami Air International, Inc.*
**Case No. 16-cv-24607/Huck**
**United States District Court Southern District of Florida**


Dana M. Gallup, Esq.
Email: dgallup@gallup-law.com
Gallup Law
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, FL 33021
Telephone: 954-894-3035
Facsimile: 954-894-8015