UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-24607-HUCK/OTAZO-REYES

GEORGE BENTLEY,

    Plaintiff,

v.

MIAMI AIR INTERNATIONAL,
INC., a Florida corporation,

    Defendants.

_____/

CLOSED CIVIL CASE

## FINAL JUDGMENT

Pursuant to the jury verdict rendered in this action on September 27, 2017, it is hereby ORDERED that Plaintiff George Bentley take nothing by this action and that Defendants go hence without delay. The Court reserves jurisdiction over appropriate motions for attorneys' fees and costs. All pending motions are DENIED as moot, and this case is CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, on September 28, 2017.

*[signature]*

Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record.